UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE JACQUOT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH E ALANIS,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-00066- --- - SKO<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 6)** |

　　　　On March 12, 2015, Plaintiff filed a notice that the matter has settled. (Doc. 6)  Thus, the Court **ORDERS**:

　　　　1.　　The stipulated request for dismissal SHALL be filed no later than April 3, 2015;

　　　　2.　　All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED; and

　　　　3.　　Within 10 days of this order, Defendant SHALL file a notification to the Court whether it will consent to Magistrate Judge jurisdiction for purposes of processing the dismissal.

///

///

///

///

///

1  |  **Failure to comply with this order may be grounds for the imposition of sanctions on
2  |  counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**
3
4
5  |  IT IS SO ORDERED.
6  |     Dated:   **March 16, 2015**                    **/s/ Sheila K. Oberto**
7  |                                                         UNITED STATES MAGISTRATE JUDGE